leave to the plaintiffs to serve an amended complaint, if they possess facts which warrant it, within 20 days after service upon their attorney of a copy of the order to be entered hereon, with notice of entry thereof. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT SILEO, Indicted as SUSSILIO STORK, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUSTAVE SHAPIRO, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Frank, McNally and Bergan, JJ. [2 Misc 2d 462.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM VASSILIO, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Frank, McNally and Bergan, JJ.

■ CHARLES BREWSTER, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment and order setting aside the verdict of the jury and dismissing the complaint, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Frank, McNally and Bergan, JJ. [See post, p. 833.]

■ In the Matter of WILLIAM L. JOHNSON, Petitioner, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank, McNally and Bergan, JJ.

■ NEW YORK CITY TRANSIT AUTHORITY, Respondent, v. THEODORE LOOS, Individually and as President and a Member of Motormen's Benevolent Association, Inc., et al., Appellants.— Order entered July 27, 1956, granting plaintiff's motion for an injunction pendente lite, and order entered October 24, 1956, ordering the counterclaim of the defendants not to be considered, etc., unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Valente and McNally, JJ. [2 Misc 2d 733.]

■ MONA DOBRI v. BANKERS TRUST COMPANY et al., as Executors of MAURICE L. STONE, Deceased, et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.

■ MONA DOBRI v. BANKERS TRUST COMPANY et al., as Executors of MAURICE L. STONE, Deceased, et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.

(March 21, 1957)

■ THE PEOPLE OF THE STATE OF NEW YORK v. GOLD KEY CLUB, INC., et al.— Motion to dismiss appeal granted. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

■ KLINGELHOFER MACHINE TOOL COMPANY, INC., v. ALLAND J. DE ANANJO. — Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.

■ IRVING MICHAELS v. ROSE MICHAELS et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.